AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FEB 17 2017

CLERK US DISTRICT COURT

| | |
|---|---|
| VICTOR LYONS | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) C 2:17-cv-00504-JAD-CWH |
| ED BOZARTH #1 Chevrolet et al. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **N/A** .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

**N/A**

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per

*(specify pay period)* **N/A** .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☒ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Monthly Social Security Pension in the Amount of $1,409.00 and, I do not expect any increase in the near future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $    333.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I own nothing of real value . . . I have a 2007 Dodge that I purchased for my daughter in 2011 that is now in controversy over refinancing $5,000 . . . and, I have a 2014 Chevrolet Cruze under controversy with Ed Bozarth #1 Chevrolet Dealer in Nevada . . . and, their dealings with taking General Motors Company and Capital One Auto Finance . . . when Ed Bozarth management used GM's $1000 Promo to Sell the $14,000 Cruze to my former wife who had no money and no credit . . . but Bozarth did add-on a $2000 Independent Service Contract [--ignoring the fact that GM had 100,000 miles and five years Coverage for the Powertrains with two years of FREE SERVICE--] having everything to be financed with the Total Sale Price at 13.65% APR and $29,541.66 in my NAME. I was at HOME.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Now at 82 years of age . . . with my Social Security old-aged Pension of $1,409 monthly; facing ever-increasing costs with being fraudulently "tapped" by two financial institutions . . . what more can I say...? My car payment is $396.41 at Capital One Auto Finance plus $232 monthly for Geico Automobiles Insurance. After eating . . . all I do is sleep.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

I'm the only dependent person in my family. Fortunately I'm a U.S. Air Force Korean War Veteran and the VA takes care of all my health and medical needs.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

The cost of daily living . . . a few hamburgers and Apple Pies . . . other than what I have declared . . . there's nothing.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   02/17/2017

*Applicant's signature*

VICTOR LYONS
*Printed name*