# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Victor Lyons,<br><br>    Plaintiff<br><br>v.<br><br>Ed Bozarth # 1 Chevrolet Nevada Dealer, et al.,<br><br>    Defendants | Case No.: 2:17-cv-0504-JAD-CWH<br><br>**Order Dismissing Action and Denying Motion to Dismiss as Moot**<br><br>[ECF No. 8] |

    Pro se plaintiff Victor Lyons brought this suit against a handful of automotive-related companies. After Defendant Capital One Auto Finance moved to dismiss,[1] Lyons filed a notice indicating that he has resolved all of his claims in this case and is dismissing them with prejudice.[2] Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss his claims with a mere notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. Proc. 41(a)(1)(A)(i). No defendant has answered or moved for summary judgment.

    Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **THIS CASE IS DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs. IT IS FURTHER ORDERED that Capital One's Motion to Dismiss **[ECF No. 8] is DENIED** as moot. The Clerk of Court is directed to **CLOSE THIS CASE.**

    DATED: May 9, 2017.

                                                        _____
                                                        JENNIFER A. DORSEY
                                                        UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 8.

[2] ECF No. 11.